# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MARY BENSON, an individual,

Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; and JOSEPH LOMBARDO, in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department, and as an individual,

Defendants.

2:19-cv-01949-RFB-VCF

**ORDER**

Before the Court is Plaintiff's Motion for Leave to File First Amended Complaint (ECF NO. 18).

LVMPD Defendants filed a notice of non-opposition to plaintiff's motion for leave to file first amended complaint (ECF No. 19).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint (ECF NO. 18) is GRANTED.

IT IS FURTHER ORDERED that plaintiff must file the first amended complaint on or before March 11, 2020.

DATED this 4th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE