MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ALINA M. SHELL, Nevada Bar No. 11711
**MCLETCHIE LAW**
701 East Bridger Ave., Suite 520
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Mary Benson*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY BENSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; and, BRET EMPEY, in his official capacity as Sergeant of the Las Vegas Metropolitan Police Department;<br><br>Defendants. | Case. No.: 2:19-cv-01949-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DEADLINES (FIRST REQUEST)**<br>**[ECF No. 31]** |

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 26-4, Plaintiff MARY BENSON and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT and BRET EMPEY ("LVMPD Defendants"), by their respective counsel, hereby submit this *Stipulation and Order to Extend Expert Deadlines (First Request)* by thirty (30) days.

**I.    EXPERT DEADLINES**

A.    The deadline for the initial disclosure of experts and expert reports shall be rescheduled from March 1, 2021 to **March 31, 2021**;

B.    The deadline for the disclosure of rebuttal experts and their reports shall be rescheduled from March 31, 2021 to **April 30, 2021**;

**II.    REASON FOR THE REQUESTED EXTENSION**

Pursuant to Local Rule 26-4, the Parties submit that good cause exists for the extension requested. This is the first request for an extension of solely the deadline for the initial disclosure of experts and expert reports in this case. The Parties acknowledge that,

1

pursuant to LR 26-4, a stipulation to extend a deadline set forth in a discovery plan must be submitted to the Court no later than 21 days before the expiration of the subject deadline, and that a request made within 21 days must be supported by a showing of good cause. Here, the deadline for the initial disclosure of initial experts and initial expert reports is currently March 1, 2021. Thus, the instant stipulation to extend the deadline for initial expert disclosures is untimely.

However, good cause exists to consider this request to extend the deadline for initial expert disclosures. Plaintiff has alleged that she has suffered economic damages as a result of her constructive termination, including but not limited to lost current and future pension income and benefits, lost vacation and sick time, lost current and future medical insurance benefits, and lost income, for which an expert witness(es) will be necessary to assess one or more of these areas. Due to the respective workloads of the Parties' counsel, coupled with the restrictions put in place as a result of the COVID-19 pandemic, the Parties seek this extension to allow additional time to secure initial expert witnesses and, absent this extension of time for initial expert disclosures, both parties will be deprived of expert analysis of Plaintiff's asserted damages.

Accordingly, the Parties submit that good cause exists to excuse the untimely request to extend the initial expert disclosure deadline.

**WHEREAS**, the Parties have been diligently conducting discovery. Since January 2020, the Parties have propounded and responded to requests for written discovery; have produced documents relating to liability issues; and have been working to coordinate depositions.

**WHEREAS**, additional time is needed for discovery due to the current State of Emergency resulting from the COVID-19 virus, including ongoing office closures and limitations on travel and personal contact, the Parties have been limited in their ability to conduct depositions.

/ / /

/ / /

2

## III. CONCLUSION

WHEREFORE, the parties respectfully request that this Court extend the expert deadlines.

IT IS SO STIPULATED.

DATED this the 12th day of February, 2021.   DATED this the 12th day of February, 2021.

**MARQUIS AURBACH COFFING**          **MCLETCHIE LAW**

*/s/ Nick D. Crosby*                                    */s/ Alina M. Shell*
Nick D. Crosby, NBN 8996                       Margaret A. McLetchie, NBN 10931
10001 Park Run Drive                               Alina M. Shell, NBN 11711
Las Vegas, NV 89145                                701 East Bridger Ave., Suite 520
Email: ncrosby@maclaw.com                 Las Vegas, NV 89101
*Attorney for LVMPD Defendants*             Email: maggie@nvlitigation.com
                                                                  *Attorneys for Mary Benson*

### ORDER

IT IS SO ORDERED.

DATED this ___16th___ day of ___February___, 2021.

_____
U.S. MAGISTRATE JUDGE

Discovery Cut-Off remains 4-30-2021.

Dispositive motions must be filed and served on or before 5-31-2021.

The Joint Pre-trial Order must be filed on 6-30-2021.  In the event dispositive motions are filed, the date for filing the Joint Pre-trial Order will be suspended until 30 days after the decision on the dispositive motions or further order of the Court.

3