# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

MARY BENSON,

             Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, in its official capacity; and
BRET EMPEY, in his official capacity as a
Sergeant of the Las Vegas Metropolitan Police
Department, and as an individual,

             Defendant(s).

2:19-cv-01949-RFB-VCF
**ORDER**

Before me is *Mary Benson v. Las Vegas Metropolitan Police Department, et al.*, case no. 2:19-cv-1949-RFB-VCF.

I have been informed that the parties in this matter would like to join in the mediation at the early neutral evaluation conference in *Troy Benson v. Las Vegas Metropolitan Police Department, et al.*, case no. 2:21-cv-01928-RFB-BNW, scheduled for 10:00 AM, May 5, 2022 (ECF No. 36) before Judge Albregts.

Accordingly, and good cause appearing,

I ORDER that the parties in this matter may join the mediation at the early neutral evaluation conference in *Troy Benson v. Las Vegas Metropolitan Police Department, et al.*, case no. 2:21-cv-01928-RFB-BNW, scheduled for 10:00 AM, May 5, 2022, before Judge Albregts.

I FURTHER ORDER that all pretrial deadlines are VACATED.

I FURTHER ORDER that the stipulation and order to extend discovery deadlines (ECF No. 49) is DENIED as moot.  The parties may refile their stipulation and order to extend discovery deadlines if a

1 | resolution was not reached at the mediation on May 5, 2022, before Judge Albregts.

2 |        DATED this 18th day of March 2022.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE