MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorney for Plaintiff Mary Benson*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARY BENSON, an individual,<br>    Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; and, BRET EMPEY, in his official capacity as Sergeant of the Las Vegas Metropolitan Police Department;<br>    Defendants. | Case. No.: 2:19-cv-01949-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(THIRTEENTH REQUEST)** |

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 26-4, Plaintiff MARY BENSON and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT and BRET EMPEY ("LVMPD Defendants"), by their respective counsel, hereby submit this Stipulation and Order to Extend Discovery Deadlines (Twelfth Request) to request the Court to extend discovery deadlines by sixty (60) days as follows:

**I.    DISCOVERY CUT-OFF DEADLINES**

  A.    The discovery cut-off date shall be rescheduled from February 10, 2023, to **April 11, 2023**;

  B.    The deadline to file dispositive motions shall be rescheduled from March 13, 2023, to **May 12, 2023;** and

  C.    The deadline to file the Joint Pretrial Order shall be rescheduled from April 12, 2023, **to June 12[1], 2023**. If dispositive motions are filed, the deadline for

---

[1] 60 days from April 12, 2023, is Sunday, June 11, 2023. The following business day is June 12, 2023.

1

filing the joint pretrial order will be suspended until thirty (30) days after decision on the dispositive motions or further court order.

## II.     REASON FOR THE REQUESTED EXTENSION

Pursuant to Local Rule 26-4, the Parties submit that good cause exists for the extension requested and is not made for the purposes of delay. The Parties have been diligently conducting discovery. This request for an extension is made in good faith and joined by all the parties in this case.

Pursuant to Local Rule 26-4, a stipulation to extend a deadline set forth in a discovery plan must be submitted to the Court no later than twenty-one (21) days before the expiration of the subject deadline, and that a request made within twenty-one (21) days must be supported by a showing of good cause. Here there is good cause to extend the discovery deadline, notwithstanding the fact that the current date is more than twenty-one (21) days before the expiration of the subject deadline.

Trial is not yet set in this matter and dispositive motions have not yet been filed. Accordingly, this extension will not delay this case. Moreover, since this request is a joint request, neither party will be prejudiced. The extension will allow the parties necessary time to determine if they can resolve this case and then complete discovery. The parties have been continuing to work towards possible resolution of the matter. Counsel have also several competing deadlines in other matters, such as responding to a motion for summary judgment in a civil rights matter before the federal court and oral argument for the Ninth Circuit Court of Appeals. Further, both counsel for Plaintiff and counsel for Defendants have had extraordinary workloads, family obligations, and travel. Thus, this request for an extension is made because of the extraordinary circumstances.

## III.     STATUS OF DISCOVERY EFFORTS TO DATE

The following discovery has been completed to date:

1.     LVMPD Defendants provided their Fed. R. Civ. P. 26.1 Production of Documents and Witness List on January 6, 2020;

2.     Plaintiff Mary Benson provided her Fed. R. Civ. P. 26.1 Production of

Documents and Witness List on January 7, 2020;

3. LVMPD Defendants propounded their First Set of Requests for Production of Documents to Plaintiff Mary Benson on January 17, 2020;

4. Plaintiff Mary Benson responded to LVMPD Defendants' First Set of Requests for Production of Documents on March 10, 2020;

5. Plaintiff provided her First Supplement to her Fed. R. Civ. P. 26.1 Production of Documents and Witness List on March 10, 2020;

6. Plaintiff Mary Benson propounded her First Set of Requests for Production of Documents to Defendant Sgt. Bret Empey on March 13, 2020;

7. Plaintiff Mary Benson propounded her First Set of Requests for Production of Documents to Defendant Las Vegas Metropolitan Police Department on March 13, 2020.

8. LVMPD Defendants provided their First Supplement to their Fed. R. Civ. P. 26.1 Production of Documents and Witness List on May 11, 2020;

9. Defendant Sgt. Bret Empey responded to Plaintiff Mary Benson's First Set of Requests for Production of Documents on May 11, 2020;

10. Defendant Las Vegas Metropolitan Police Department responded to Plaintiff Mary Benson's First Set of Requests for Production of Documents on May 11, 2020;

11. Plaintiff provided her Second Supplement to her Fed. R. Civ. P. 26.1 Production of Documents and Witness List on February 23, 2021;

12. Plaintiff provided her Third Supplement to her Fed. R. Civ. P. 26.1 Production of Documents and Witness List on September 29, 2021;

13. Plaintiff provided her Initial Expert Disclosures on September 29, 2021;

14. Plaintiff provided her Second Set of Requests for Production to Defendants on December 22, 2021;

15. Defendants responded to Plaintiff Mary Benson's Second Set of Requests for Production of Documents on February 21, 2022;

16. Defendant Sgt. Bret Empey responded to Plaintiff Mary Benson's Second

1  Set of Requests for Production of Documents on February 22, 2022;

2      17.    Defendant LVMPD responded to Plaintiff Mary Benson's First Set of
3  Requests for Production of Documents on February 22, 2022, and provided a supplemental
4  response the same day; and

5      18.    The Parties are working together to schedule depositions.

### IV. DISCOVERY REMAINING

The Parties agree that the following discovery must be completed:

1. The deposition of Plaintiff;
2. The depositions of Defendants;
3. The depositions of witnesses;
4. The deposition(s) of the Defendants' Person(s) Most Knowledgeable; and

### V. CONCLUSION

Based on the above, requisite good cause exists to warrant an extension of the discovery deadlines. Accordingly, the Parties respectfully request that this Court extend the current deadlines by sixty (60) days in order to allow them to adequately complete discovery.

IT IS SO STIPULATED.

DATED this 10th day of January, 2023.      DATED this 10th day of January, 2023.

**MARQUIS AURBACH**     **MCLETCHIE LAW**

*/s/ Nick D. Crosby*     */s/ Margaret A. McLetchie*
Nick D. Crosby, NBN 8996     Margaret A. McLetchie, NBN 10931
10001 Park Run Drive     McLetchie Law
Las Vegas, NV 89145     602 South Tenth Street
Email: ncrosby@maclaw.com     Las Vegas, NV 89101
*Attorney for LVMPD Defendants*     Email: maggie@nvlitigation.com
    *Attorney for Mary Benson*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  1-10-2023  _____

4