**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
 *Attorneys for LVMPD Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| MARY BENSON, an individual, | Case No.: 2:19-cv-01949-RFB-VCF |
|---|---|
| Plaintiff, | |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; and BRET EMPEY, in his official capacity as a Sergeant of the Las Vegas Metropolitan Police Department, and as an individual, | |
| Defendants. | |

**STIPULATION AND ORDER TO STAY DISCOVERY (FIRST REQUEST)**

Defendants Las Vegas Metropolitan Police Department (the "Department" or "LVMPD") and Sgt. Bret Empey ("Empey") (collectively "LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby Esq., of the law firm of Marquis Aurbach and Plaintiff Mary Benson, by and through her counsel of record, Margaret A. McLetchie, Esq., of the law firm of McLetchie Law, hereby file this Stipulation to Stay Discovery.

The Parties are engaged in good faith settlement discussions and in the active process of exchanging settlement offers. Previously, the Parties participated in two Early Neutral Evaluations ("ENE") – one initially for the instant case on January 8, 2020 before the Honorable Magistrate Judge Nancy Koppe, and a second one before the Honorable Magistrate Judge Daniel Albregts on July 28, 2022 in a consolidated ENE with Plaintiff's husband's case, Case No. 2:21-cv-01928-ART-BNW. The Parties successfully resolved Case No. 2:21-cv-01928-ART-BNW and since that time, counsel for the Parties have been exploring settlement in this case.

MAC:14687-233 5039684_2 3/29/2023 1:58 PM

Currently, the Parties have the following depositions scheduled:

| | |
|---|---|
| April 3, 2023 | Defendant Empey |
| April 6, 2023 at 9:00 a.m. | Plaintiff Mary Benson |
| April 6, 2023 at 2:00 p.m. | Expert Witness Thomas Carroll |

In an effort to avoid unnecessary fees and costs associated with depositions, the Parties hereby stipulate to stay discovery for a period of 30 days to allow the Parties additional time to exchange counteroffers and determine whether a settlement can be reached. As such, the Parties stipulate to stay discovery for 30 days and, in the event the Parties are unable to reach a settlement, the following schedule would apply:

| | |
|---|---|
| **Close of Discovery** | **May 11, 2023** |
| **Dispositive Motions** | **June 10, 2023** |
| **Joint Pretrial Memorandum** | **June 10, 2023 (unless dispositive motions are filed and, in such an event, 30 days from the date of order on any dispositive motion)** |

This Stipulation is not offered for the purposes of delay or in bad faith and, instead, is offered to allow the Parties to continue settlement discussions without incurring additional fees and costs because avoiding fees and costs will greatly aid the Parties in reaching a resolution. Further, one of the Parties is a governmental entity, which makes the process of engaging in settlement discussions more time-intensive.

Dated this 29th day of March, 2023.

MARQUIS AURBACH

By: */s/ Nick D. Crosby*
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for LVMPD Defendants*

Dated this 29th day of March, 2023.

MCLETCHIE LAW

By: */s/ Margaret A. McLetchie*
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    602 South Tenth Street
    Las Vegas, Nevada 89101
    *Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED    3-29-2023

Page 2 of 3

MAC:14687-233 5039684_2 3/29/2023 1:58 PM