**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
*Attorneys for LVMPD Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARY BENSON, an individual,

Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, in its official capacity; and
BRET EMPEY, in his official capacity as a
Sergeant of the Las Vegas Metropolitan Police
Department, and as an individual,

Defendants.

Case No.:  2:19-cv-01949-RFB-VCF

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Defendants Las Vegas Metropolitan
Police Department and Bret Empey, by and through their counsel of record, Marquis Aurbach
and Plaintiff Mary Benson, by and through her counsel of record, McLetchie Law, that the
above-referenced matter be dismissed with prejudice; and

/ / /

/ / /

/ / /

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Page 1 of 2

IT IS FURTHER STIPULATED that all parties bear their own attorney fees and costs.

Dated this 20th day of July, 2023.

MARQUIS AURBACH

By: /s/ Nick D. Crosby
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for LVMPD Defendants*

Dated this 20th day of July, 2023.

MCLETCHIE LAW

By: /s/ Margaret A. McLetchie
    Margaret A. McLetchie, Esq.
    Nevada Bar No. 10931
    602 South Tenth Street
    Las Vegas, Nevada 89101
    *Attorneys for Plaintiff*

## **ORDER**

IT IS SO ORDERED that the above-referenced matter be dismissed with prejudice; and

IT IS FURTHER ORDERED that all parties bear their own attorney fees and costs.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____July 24, 2023_____

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Page 2 of 2

MAC:14687-233 5156495_1 7/20/2023 12:46 PM